# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Glenda Yvonne Chappelle          |Personnel Number:..... 00696470
|413 S. 3rd St.                   |Human Services PYRL Area 3
|Unit A                           |Pay Period.. 03/16/2019 - 03/29/2019
|Colwyn PA  19023                 |Fed Tax Status: Single
|                                 |Fed Tax Allowances: 01   Period: 08/2019
|B/U:F5    Group:07   Level:03    |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/12/2019 | 1,051.85 | = | 1,966.50 | + | 0.00 | - | 415.08 | - | 499.57 |

| Gross Current Pay | Rate | Hrs/Unit | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.22 | 56.55 | 1,482.74 | 12,622.71 |
| Annual Leave Pay | 26.22 | 15.50 | 406.41 | 1,270.88 |
| Paid-Office Closing | | | | 310.32 |
| Sick Leave Pay | | | | 257.20 |
| FMLA/SPF Sick | 26.22 | 2.95 | 77.35 | 409.56 |
| Holiday/Comp lieu Holiday | | | | 778.50 |
| Ann.Extraordinary Lv Pay | | | | 1.57 |
| Total Gross | | | 1,966.50 | 15,650.74 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal     Federal | | |
| TX Withholding Tax | 169.52 | 1,347.63 |
| TX EE Social Security Tax | 118.14 | 940.39 |
| TX EE Medicare Tax | 27.63 | 219.93 |
| State     Pennsylvania | | |
| TX Withholding Tax | 58.50 | 465.66 |
| TX EE Unemployment Tax | 1.18 | 9.39 |
| Local     Chester | | |
| TX Withholding Tax | 38.11 | 208.83 |
| TX Local Services Tax | 2.00 | 16.00 |
| EE Taxes | 415.08 | 3,207.83 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 49.16 | 391.26 |
| MED Buy Up/Base Cost | 11.87 | 91.94 |
| Auto-Additional Vol Bens | 77.28 | 572.24 |
| SEIU Local 668 Union Dues | 27.33 | 217.52 |
| Roth 457 | 10.00 | 80.00 |
| Garnish: Creditor | 201.02 | 1,614.59 |
| Full Cov Class A3/Cat 0 | 122.91 | 978.20 |
| Total Deductions | 499.57 | 3,945.75 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 300.00 |
| Net Payment | 751.85 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 118.14 |
| TX ER Medicare Tax | 27.63 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 48.11 |
| PR Choice PPO | 486.00 |
| ER-SERS | 470.78 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,782.56 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| Garnish: Creditor | 5,202.45 | 3,014.62 | 2,187.83 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Glenda Yvonne Chappelle          | Personnel Number..... 00696470            |
| 413 S. 3rd St.                   | Human Services Pyrl Area 3                |
| Unit A                           | Pay Period.. 03/16/2019 - 03/29/2019      |
| Colwyn PA  19023                 | Fed Tax Status:                           |
|                                  | Fed Tax Allowances:     Period: 08/2019   |
| B/U:F5   Group:07   Level:03     |                                           |
```

| Pay Date   | Payment Amount | = | Gross    | + | Reim. | - | Taxes  | - | Deds.  |
|------------|----------------|---|----------|---|-------|---|--------|---|--------|
| 04/12/2019 | 1,051.85       | = | 1,966.50 | + | 0.00  | - | 415.08 | - | 499.57 |

Payroll Area    Z3

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | |
|---|---|
| Glenda Yvonne Chappelle | Personnel Number..... 00696470 |
| 413 S. 3rd St. | Human Services Pyrl Area 3 |
| Unit A | Pay Period., 03/30/2019 - 04/12/2019 |
| Colwyn PA 19023 | Fed Tax Status: Single |
| | Fed Tax Allowances: 01   Period: 09/2019 |
| B/U:F5   Group:07   Level:03 | |

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/26/2019 | 1,117.01 | = | 1,966.50 | + | 0.00 | - | 415.08 | - | 434.41 |

| Gross Current Pay | Rate | Hrs/Unit | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.22 | 64.01 | 1,678.34 | 14,301.05 |
| Annual Leave Pay | 26.22 | 9.67 | 253.55 | 1,524.43 |
| Paid-Office Closing | | | | 310.32 |
| Sick Leave Pay | 26.22 | 1.32 | 34.61 | 291.81 |
| FMLA/SPF Sick | | | | 409.56 |
| Holiday/Comp lieu Holiday | | | | 778.50 |
| Ann.Extraordinary Lv Pay | | | | 1.57 |
| Total Gross | | | 1,966.50 | 17,617.24 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal      Federal | | |
| TX Withholding Tax | 169.52 | 1,517.15 |
| TX EE Social Security Tax | 118.14 | 1,058.53 |
| TX EE Medicare Tax | 27.63 | 247.56 |
| State      Pennsylvania | | |
| TX Withholding Tax | 58.50 | 524.16 |
| TX EE Unemployment Tax | 1.18 | 10.57 |
| Local      Chester | | |
| TX Withholding Tax | 38.11 | 246.94 |
| TX Local Services Tax | 2.00 | 16.00 |
| EE Taxes | 415.08 | 3,622.91 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 49.16 | 440.42 |
| MED Buy Up/Base Cost | 11.87 | 103.81 |
| Auto-Additional Vol Bens | 12.12 | 584.36 |
| SEIU Local 668 Union Dues | 27.33 | 244.85 |
| Roth 457 | 10.00 | 90.00 |
| Garnish: Creditor | 201.02 | 1,815.61 |
| Full Cov Class A3/Cat 0 | 122.91 | 1,101.11 |
| Total Deductions | 434.41 | 4,380.16 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 100.00 |
| Net Payment | 817.01 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 118.14 |
| TX ER Medicare Tax | 27.63 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 48.11 |
| PR Choice PPO | 486.00 |
| ER-SERS | 470.78 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,782.56 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| Garnish: Creditor | 5,202.45 | 3,215.64 | 1,986.81 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Glenda Yvonne Chappelle | Personnel Number..... 00696470 |
|---|---|
| 413 S. 3rd St. | Human Services Pyrl Area 3 |
| Unit A | Pay Period.. 03/30/2019 - 04/12/2019 |
| Colwyn PA 19023 | Fed Tax Status: |
| | Fed Tax Allowances: Period: 09/2019 |
| B/U:P5   Group:07   Level:03 | |

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 04/26/2019 | 1,117.01 | 1,966.50 | 0.00 | 415.08 | 434.41 |

| Payroll Area | Z3 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Glenda Yvonne Chappelle                        | Personnel Number...... 00696470          |
| 413 S. 3rd St.                                 | Human Services Pyrl Area 3               |
| Unit A                                         | Pay Period: 04/13/2019 - 04/26/2019       |
| Colwyn PA 19023                                | Fed Tax Status: Single                    |
|                                                | Fed Tax Allowances: 01   Period: 10/2019  |
| B/U:F5    Group:07    Level:03                 |                                           |
```

| Pay Date   | Payment Amount = | Gross +  | Reim. - | Taxes -  | Deds.  |
|------------|------------------|----------|---------|----------|--------|
| 05/10/2019 | 1,117.01         | 1,966.50 | 0.00    | 415.08   | 434.41 |

| Gross Current Pay         | Rate  | Hrs/Unt | Amount   | Year To Date |
|---------------------------|-------|---------|----------|--------------|
| Normal working hours      | 26.22 | 66.83   | 1,752.28 | 16,053.33    |
| Annual Leave Pay          |       |         |          | 1,524.43     |
| Paid-Office Closing       |       |         |          | 310.32       |
| Sick Leave Pay            | 26.22 | 8.00    | 209.76   | 501.57       |
| FMLA/SPF Sick             | 26.22 | 0.17    | 4.46     | 414.02       |
| Holiday/Comp lieu Holiday |       |         |          | 778.50       |
| Ann.Extraordinary Lv Pay  |       |         |          | 1.57         |
| Total Gross               |       |         | 1,966.50 | 19,583.74    |

| Taxes                   | Amount | Year To Date |
|-------------------------|--------|--------------|
| Federal    Federal      |        |              |
| TX Withholding Tax      | 169.52 | 1,686.67     |
| TX EE Social Security Tax | 118.14 | 1,176.67   |
| TX EE Medicare Tax      | 27.63  | 275.19       |
| State    Pennsylvania   |        |              |
| TX Withholding Tax      | 58.50  | 582.66       |
| TX EE Unemployment Tax  | 1.18   | 11.75        |
| Local    Chester        |        |              |
| TX Withholding Tax      | 38.11  | 285.05       |
| TX Local Services Tax   | 2.00   | 20.00        |
| EE Taxes                | 415.08 | 4,037.99     |

| Deductions                    | Amount | Year To Date |
|-------------------------------|--------|--------------|
| EE PreTx MED Pct              | 49.16  | 489.58       |
| MED Buy Up/Base Cost          | 11.87  | 115.68       |
| Auto-Additional Vol Bens      | 12.12  | 596.48       |
| SEIU Local 668 Union Dues     | 27.33  | 272.18       |
| Roth 457                      | 10.00  | 100.00       |
| Garnish: Creditor             | 201.02 | 2,016.63     |
| Full Cov Class A3/Cat 0       | 122.91 | 1,224.02     |
| Total Deductions              | 434.41 | 4,814.57     |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 300.00 |
| Net Payment | 817.01 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 118.14 |
| TX ER Medicare Tax | 27.63 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 48.11 |
| PR Choice PPO | 486.00 |
| ER-SERS | 470.78 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,782.56 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| Garnish: Creditor | 5,202.45 | 3,416.66 | 1,785.79 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Glenda Yvonne Chappelle           |Personnel Number:.... 00696470           |
|413 S. 3rd St.                    |Human Services Pyrl Area 3               |
|Unit A                            |Pay Period., 04/13/2019 - 04/26/2019     |
|Colwyn PA  19023                  |Fed Tax Status:                          |
|                                  |Fed Tax Allowances:     Period: 10/2019  |
|B/U:F5    Group:07   Level:03     |                                         |
|                                  |                                         |
| Pay Date     Payment Amount =    Gross   +    Reim.  -   Taxes  -  Deds.   |
| 05/10/2019      1,117.01       = 1,966.50 +    0.00  -  415.08  -  434.41  |

|Payroll Area    23                                                          |
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Glenda Yvonne Chappelle                  |Personnel Number..... 00696470
|413 S. 3rd St.                           |Human Services Pyrl Area 3
|Unit A                                   |Pay Period.. 04/27/2019 - 05/10/2019
|Colwyn PA  19023                         |Fed Tax Status: Single
|                                         |Fed Tax Allowances: 01   Period: 11/2019
|B/U:F5    Group:07    Level:03           |
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 05/24/2019 | 1,117.02 = | 1,966.50 + | 0.00 - | 415.07 - | 434.41 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 26.22 | 67.50 | 1,769.85 | 17,823.18 |
| Annual Leave Pay | | | | 1,524.43 |
| Paid-Office Closing | | | | 310.32 |
| Sick Leave Pay | | | | 501.57 |
| FMLA/SPF Sick | 26.22 | 7.50 | 196.65 | 610.67 |
| Holiday/Comp lieu Holiday | | | | 778.50 |
| Ann.Extraordinary Lv Pay | | | | 1.57 |
| Total Gross | | | 1,966.50 | 21,550.24 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal       Federal | | |
| TX Withholding Tax | 169.52 | 1,856.19 |
| TX EE Social Security Tax | 118.13 | 1,294.80 |
| TX EE Medicare Tax | 27.63 | 302.82 |
| State       Pennsylvania | | |
| TX Withholding Tax | 58.50 | 641.16 |
| TX EE Unemployment Tax | 1.18 | 12.93 |
| Local       Chester | | |
| TX Withholding Tax | 38.11 | 323.16 |
| TX Local Services Tax | 2.00 | 22.00 |
| EE Taxes | 415.07 | 4,453.06 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 49.16 | 538.74 |
| MED Buy Up/Base Cost | 11.87 | 127.55 |
| Auto-Additional Vol Bens | 12.12 | 608.60 |
| SEIU Local 668 Union Dues | 27.33 | 299.51 |
| Roth 457 | 10.00 | 110.00 |
| Garnish: Creditor | 201.02 | 2,217.65 |
| Full Cov Class A3/Cat 0 | 122.91 | 1,346.93 |
| Total Deductions | 434.41 | 5,248.98 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount | |
|---|---|---|

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 300.00 | |
| Net Payment | 817.02 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 118.13 | |
| TX ER Medicare Tax | 27.63 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 300.00 | |
| ER Workers Comp Benefit | 48.11 | |
| PR Choice PPO | 486.00 | |
| ER-SERS | 470.78 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 1,782.56 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| Garnish; Creditor | 5,202.45 | 3,617.68 | 1,584.77 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Glenda Yvonne Chappelle | Personnel Number...... 00696470 |
| --- | --- |
| 413 S. 3rd St. | Human Services Pyrl Area 3 |
| Unit A | Pay Period., 04/27/2019 - 05/10/2019 |
| Colwyn PA 19023 | Fed Tax Status: |
|  | Fed Tax Allowances:   Period: 11/2019 |
| B/U:F5   Group:09   Level:03 |  |

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/24/2019 | 1,117.02 | = | 1,966.50 | + | 0.00 | − | 415.07 | − | 434.41 |

| Payroll Area | 23 |
| --- | --- |