### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO.: 19-14463-AMC |
| GLENDA Y CHAPPELLE | ) | |
| aka GLENDA YVONNE CHAPPELLE, | ) | |
| Debtor | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A., | ) | **HEARING DATE:** |
| Movant | ) | Tuesday, March 17, 2020 |
| vs. | ) | 11:00 A.M. |
| | ) | |
| GLENDA Y CHAPPELLE | ) | |
| aka GLENDA YVONNE CHAPPELLE, | ) | |
| Respondent(s) | ) | |
| and | ) | **LOCATION:** |
| | ) | United States Bankruptcy Court 900 |
| WILLIAM C. MILLER, ESQ. | ) | Market Street |
| Trustee | ) | Courtroom No. 4 |
| | ) | Philadelphia, PA 19107 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

*Capital One Auto Finance, a division of Capital One, N.A., has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit Capital One Auto Finance, a division of Capital One, N.A. to Repossess Debtor's Property described as a 2013 NISSAN Rogue Utility 4D S AWD I4, V.I.N. JN8AS5MV8DW636156.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 06, 2020 you or your attorney must do all of the following:

    a) file an answer explaining your position at

    *United States Bankruptcy Court Clerk*
    *Robert N.C. Nix, Sr. Federal Courthouse,*
    *900 Market Street, Suite 400,*
    *Philadelphia, PA 19107*

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1917 Brown Street*
*Philadelphia, PA 19130*
*(267) 909-9036*
*(267) 541-2139 Fax*

   *and*

*WILLIAM C. MILLER, Esq.*
*P.O. Box 1229*
*Philadelphia, PA 19105*

   *and*

*United States Trustee*
*200 Chestnut Street,*
*Suite 502*
*Philadelphia, PA 19106*

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on Tuesday, March 17, 2020 at 11:00 A.M., Courtroom #4 United States Bankruptcy Court 900 Market Street, Philadelphia, PA 19107.

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: February 21, 2020