THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Glenda Chappelle | : | Chapter 13 |
| Debtor | : | No. : 19-14463-amc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor Glenda Chappelle, hereby certify that on May 12, 2020, a true and correct copy of Debtor's Second Amended Plan was sent to the following parties, as follows:

*Via First Class USPS Mail on May 12, 2020:*

Julia Carlone, Bankr. Spec.
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Hospital of Saint Raphael
c/o Mitchell J. Levine
Nair & Levine, PC
707 Bloomfield Avenue
Bloomfield, CT 06002

Marna P. Borgstrom, CEO
Yale New Haven Hospital
successor by merger of
Hospital of Saint Raphael
20 York Street
New Haven, CT 06510

Bruce Rose, CEO
Carrington Mortgage Services LLC
1600 S. Douglass Road, Suite 200-A
Anaheim, CA 92806

Dominic Morgese, Treasurer
Merritt Federal Credit Union
3 Danbury Rd, Wilton, CT 06897

*Via Electronic Filing (ECF) on May 12, 2020:*

Keri P Ebeck, Esquire on behalf of Specialized Loan Servicing LLC
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin S. Frankel, Esquire on behalf of Carrington Mortgage Services LLC et al.
pa-bk@logs.com

Kevin G. McDonald, Esquire on behalf of The Bank of New York Mellon f/k/a the Bank of New York, et al
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz, Esquire on behalf of Creditor The Bank of New York Mellon, f/k/a The Bank of New York, et al
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com
Counsel for Debtor

Date: May 12, 2020