IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GLENDA Y. CHAPPELLE,<br>    Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC, AS SERVICER THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-13,<br><br>    Movant,<br><br>  v.<br><br>GLENDA Y. CHAPPELLE, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br><br>    Respondents. | Bankruptcy No. 19-14463-amc<br><br>Chapter 13<br><br>Related to Doc. No. 17 |

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN FILED ON JULY 31, 2020

TO THE CLERK OF COURTS:

    Kindly withdraw without prejudice the *Objection to Confirmation of Plan* (the "Objection"), filed on July 31, 2019, at Document No. 17. The Debtor's Second Amended Chapter 13 Plan filed on May 12, 2020, at Document No. 42 cures the Objection to the Plan.

Dated: June 8, 2020

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        By: /s/ Keri P. Ebeck
        Keri P. Ebeck
        PA I.D. # 91298
        kebeck@bernsteinlaw.com
        707 Grant Street, Suite 2200
        Pittsburgh, PA 15219
        412-456-8112
        Fax: (412) 456-8120

*Counsel for Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13*