IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenda Chappelle | : | Chapter 13 |
| Debtor | : | No. : 19-14463-amc |

## **ORDER**

AND NOW, upon the motion of Debtor Glenda Chappelle to avoid the judicial lien at Volume 8703, Page 288 at the State of Connecticut Centralized Small Claims Court upon Debtor Glenda Chappelle's exempt real property located at 10 Cassius Street, New Haven, New Haven County, Connecticut, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Hospital of Saint Raphael, if any, in Debtor Glenda Chappelle's real property located at 10 Cassius Street, New Haven, New Haven County, Connecticut is avoided.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates the lien voided under Section 522.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge