IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Glenda Chappelle : Chapter 13

      Debtor : No. : 19-14463-amc

*****************
**Hearing to be Held:**
**Date:** **July 14, 2020**
**Time:** **11:00am**
**Place:** **United States Bankruptcy Court, 2nd Floor**
**Courtroom #4**
**Robert N.C. Nix Building**
**900 Market Street**
**Philadelphia, PA 19107-4299**
*****************

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Glenda Y. Chappelle, Movant-Debtor, by and through counsel of the Ross, Quinn & Ploppert, P.C. has filed a Motion to Avoid the Judicial Lien of Hospital of Saint Raphael.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the amended motion or if you want the court to consider your views on the amended motion, then on or before **June 29, 2020** you or your attorney must do ALL of the following:

(a). file an answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to attorney for movant:

Joseph Quinn, Esquire
ROSS, QUINN & PLOPPERT, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA  19464

1

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the amended motion.

      3.      A hearing on the amended motion is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge on July 15, 2020 at 11:00am in:

> **United States Bankruptcy Court**
> **Courtroom #4**
> **Robert N.C. Nix Building**
> **900 Market Street**
> **Philadelphia, PA 19107-4299**

      4.      If a copy of the amended motion is not enclosed, a copy of the amended motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

                                **ROSS, QUINN & PLOPPERT, P.C.**

                    By:    */s/ Joseph Quinn*_____
                               Joseph Quinn, Esquire
                               Attorney I.D. No. 307467
                               192 S. Hanover Street, Suite 101
                               Pottstown, PA 19464
                               T: 610.323.5300
                               F: 610.323.6081
                               JQuinn@SJR-LAW.com
                               Counsel for Debtor

Date:  June 8, 2020