IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenda Chappelle | : | Chapter 13 |
| Debtor | : | No. : 19-14463-amc |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor Glenda Chappelle, hereby certify that on June 8, 2020, a true and correct copy of Debtor's Motion to Avoid the Judicial Lien of Hospital of Saint Raphael along with Notice of Motion was sent to the following parties, as follows:

*Via First Class USPS Mail on June 8, 2020:*

Hospital of Saint Raphael
c/o Mitchell J. Levine
Nair & Levine, PC
707 Bloomfield Avenue
Bloomfield, CT 06002

Marna P. Borgstrom, CEO
Yale New Haven Hospital
successor by merger of
Hospital of Saint Raphael
20 York Street
New Haven, CT 06510

*Via Electronic Filing (ECF) on June 8, 2020:*

Keri P Ebeck on behalf of Creditor Specialized Loan Servicing LLC
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin S. Frankel on behalf of Creditor Carrington Mortgage Services LLC et al.
pa-bk@logs.com

Kevin G. McDonald on behalf of Creditor The Bank of New York Mellon f/k/a the Bank of New York, et al
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

1

Rebecca Ann Solarz on behalf of Creditor The Bank of New York Mellon, f/k/a The Bank of New York, et al
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                **ROSS, QUINN & PLOPPERT, P.C.**

                By:    */s/ Joseph Quinn*
                        Joseph Quinn, Esquire
                        192 S. Hanover Street, Suite 101
                        Pottstown, PA 19464
                        T: 610.323.5300
                        F: 610.323.6081
                        jquinn@rqplaw.com
                        Counsel for Debtor

Date:  June 8, 2020