IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenda Chappelle | : | Chapter 13 |
| Debtor | : | No. : 19-14463-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor Glenda Chappelle, hereby certify that on June 8, 2020, a true and correct copy of Debtor's Motion to Avoid the Judicial Lien of Merritt Federal Credit Union along with Notice of Motion was sent to the following parties, as follows:

*Via First Class USPS Mail on June 8, 2020:*

Dominic Morgese, Treasurer
Merritt Federal Credit Union
3 Danbury Rd, Wilton, CT 06897

*Via Electronic Filing (ECF) on June 8, 2020:*

Keri P Ebeck on behalf of Creditor Specialized Loan Servicing LLC
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin S. Frankel on behalf of Creditor Carrington Mortgage Services LLC et al.
pa-bk@logs.com

Kevin G. McDonald on behalf of Creditor The Bank of New York Mellon f/k/a the Bank of New York, et al
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz on behalf of Creditor The Bank of New York Mellon, f/k/a The Bank of New York, et al
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                            **ROSS, QUINN & PLOPPERT, P.C.**

                           By:    */s/ Joseph Quinn*
                                    Joseph Quinn, Esquire
                                    192 S. Hanover Street, Suite 101
                                    Pottstown, PA 19464
                                    T: 610.323.5300
                                    F: 610.323.6081
                                    jquinn@rqplaw.com
                                    Counsel for Debtor

Date:  <u>June 8, 2020</u>