United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-14463-amc
Glenda Y Chappelle   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP   Page 1 of 2   Date Rcvd: Jun 10, 2020
                   Form ID: 160   Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
```
db          +Glenda Y Chappelle,   2701 Madison Street, Apt E-209,    Chester, PA 19013-4724
cr          +THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW,    c/o KEVIN G. MCDONALD,
              701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14365682    +BANK OF NEW YORK MELLON,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14357646    +Bendett & McHugh,    270 Farmington Avenue, Suite 151,    Farmington, CT 06032-1926
14359735    +Carrington Mortgage Services LLC,    c/o Kevin S. Frankel, Esq.,    3600 Horizon Drive, Ste 150,
              King of Prussia, PA 19406-4702
14357649     Carrington Mortgage Services, LLC,    PO Box 79001,    Phoenix, AZ 85062-9001
14363181    +Consumer Portfolio Services P.O. Box 57071,    Irvine , CA 92619-7071
14357650    +Consumer Portfolio Svc,    19500 Jamboree Rd,    Irvine, CA 92612-2411
14378642     ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
14357652    +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14375674    +Hospital of Saint Raphael,    c/o Nair & Levin, PC,    707 Bloomfield Avenue,
              Bloomfield, CT 06002-2406
14357654    +Law Offices of Donald H. Brown,    42 State Street #1,    North Haven, CT 06473-2245
14421023    +Ross, Quinn & Ploppert, P.C.,    192 S. Hanover Street, Suite 100,    Pottstown, PA 19464-6096
14357655     Specialized Loan Servicing, Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
14389064    +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14357657     US Department of Education,    National Payment Center,    PO Box 105028,
              Atlanta, GA 30348-5028
14357658    +Wallingford Estates,    2701 Madison Street,    Chester, PA 19013-4799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2020 04:12:56
              PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14357648     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2020 04:12:39
              Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
14357647     E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 11 2020 04:12:41     Capital One Auto Finan,
              Credit Bureau Dispute,    Plano, TX 75025
14360832    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2020 04:12:39
              Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14377310    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 11 2020 04:12:39
              Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
14365252    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 11 2020 04:12:44
              Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14357651    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 11 2020 04:09:12
              Credit Collection Svcs,    Po Box 9134,    Needham, MA 02494-9134
14357653    +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 11 2020 04:08:16     Internal Revenue Service,
              600 Arch Street, RM 5200,    Philadelphia, PA 19106-1612
14416550     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 11 2020 04:12:41
              Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14379209    +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 11 2020 04:08:45     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14357659    +E-mail/Text: bnc-bluestem@quantum3group.com Jun 11 2020 04:09:06     Webbank/fingerhut,
              6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14357656     St. Raphael's Hospital,    CT
cr*         +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
cr*         +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Jun 10, 2020
                              Form ID: 160             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance, a division of Capital
               One, N.A. jschwartz@mesterschwartz.com
              JOSEPH L QUINN    on behalf of Plaintiff Glenda Y Chappelle CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Debtor Glenda Y Chappelle CourtNotices@rqplaw.com
              KERI P EBECK    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK, ET AL... bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor   Carrington Mortgage Services LLC et al. pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK, ET AL... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Glenda Y Chappelle
    Debtor(s)

Case No: 19−14463−amc

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 9/1/20

    at: 10:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 6/10/20

For The Court

Timothy B. McGrath
Clerk of Court

58 − 34
Form 160