IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GLENDA Y. CHAPPELLE,<br>      Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC,<br>AS SERVICER THE BANK OF NEW YORK<br>MELLON FKA THE BANK OF NEW<br>YORK, AS TRUSTEE FOR THE<br>CERTIFICATEHOLDERS OF THE CWABS,<br>INC., ASSET-BACKED CERTIFICATES,<br>SERIES 2006-13,<br><br>      Movant,<br><br>   v.<br><br>GLENDA Y. CHAPPELLE, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br><br>      Respondents. | Bankruptcy No. 19-14463-amc<br><br>Chapter 13<br><br>Related to Doc. No.<br><br>Hearing Date: August 11, 2020<br>Time: 11:00 a.m.<br>Location: Courtroom #3, Nixon Building<br><br>Response Deadline: July 21, 2020 |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

　　　Specialized Loan Servicing, LLC as attorney-in-fact for the Benefit for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Certificates Series 2006-12 has filed a *Motion to Approve Loan Modification* with the Court regarding the real property located at 10-12 Cassius St, New Haven, CT 06519-2313.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　　1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **Tuesday**, **July 21, 2020**, you or your attorney must do **all** of the following:

　　　　　(a)  file an answer explaining your position at:

　　　　　　　Clerk, U.S. Bankruptcy Court
　　　　　　　Robert C. Nix Bldg. Suite 201
　　　　　　　900 Market Street
　　　　　　　Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorneys:

    Keri P. Ebeck, Esquire
    Bernstein-Burkley, P.C.
    707 Grant Street
    Suite 2200, Gulf Tower
    Pittsburgh, PA  15219

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **Tuesday August 11, 2020 at 11:00 a.m. in Courtroom #3**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.

    By:/s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. #91298
    kebeck@bernsteinlaw.com
    707 Grant Street
    Suite 2200, Gulf Tower
    Pittsburgh, PA 15219
    (412) 456-8112

    *Attorney for Specialized Loan Servicing, LLC as attorney-in-fact for the Benefit for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Certificates Series 2006-12*

Dated: July 7, 2020