IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 19-14463-amc |
|---|---|
| GLENDA Y. CHAPPELLE,<br>    Debtor, | Chapter 13 |
| | Related to Doc. No. |
| SPECIALIZED LOAN SERVICING, LLC,<br>AS SERVICER THE BANK OF NEW YORK<br>MELLON FKA THE BANK OF NEW<br>YORK, AS TRUSTEE FOR THE<br>CERTIFICATEHOLDERS OF THE CWABS,<br>INC., ASSET-BACKED CERTIFICATES,<br>SERIES 2006-13, | Hearing Date: August 11, 2020<br>Time: 11:00 a.m.<br>Location: Courtroom #3, Nixon Building<br><br>Response Deadline: July 21, 2020 |
|     Movant,<br><br>  v.<br><br>GLENDA Y. CHAPPELLE, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br><br>    Respondents. | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on July 7, 2020, I served copies of the *Motion To Approve Loan Modification* upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| Glenda Y Chappelle<br>2701 Madison Street, Apt E-209<br>Chester, PA 19013 | Joseph L Quinn<br>Ross, Quinn & Ploppert, P.C.<br>192 S. Hanover Street, Suite 101<br>Pottstown, PA 19464 |
|---|---|
| William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, pa 19106 |

By:/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112