IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> GLENDA Y. CHAPPELLE, <br>　　　Debtor, <br><br> SPECIALIZED LOAN SERVICING, LLC, AS SERVICER THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-13, <br><br>　　　Movant, <br><br>　v. <br><br> GLENDA Y. CHAPPELLE, and <br> WILLIAM C. MILLER, Chapter 13 Trustee <br><br>　　　Respondents. | Bankruptcy No. 19-14463-amc <br><br> Chapter 13 <br><br> Related to Doc. No. <br><br> Hearing Date: August 11, 2020 <br> Time: 11:00 a.m. <br> Location: Courtroom #3, Nixon Building <br><br> Response Deadline: July 21, 2020 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on July 9, 2020, I served copies of the *Amended Notice of Hearing on Motion To Approve Loan Modification* upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| | |
|---|---|
| Glenda Y Chappelle <br> 2701 Madison Street, Apt E-209 <br> Chester, PA 19013 | Joseph L Quinn <br> Ross, Quinn & Ploppert, P.C. <br> 192 S. Hanover Street, Suite 101 <br> Pottstown, PA 19464 |
| William C. Miller, Esq. <br> Chapter 13 Trustee <br> P.O. Box 1229 <br> Philadelphia, PA 19105 | United States Trustee <br> Office of the U.S. Trustee <br> 200 Chestnut Street, Suite 502 <br> Philadelphia, pa 19106 |

By:/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112