THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Glenda Chappelle　　　　　　　　:　　　Chapter 13
　　　　　　　　　　Debtor　　　　　　　　　:　　　No. : 19-14463-amc

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Glenda Chappelle, Debtor in the above-captioned matter.

2. That a copy of the motion to avoid the judicial lien of Merritt Federal Credit Union, along with notice of motion filed with this Court on June 8, 2020 was served upon parties in interest on June 8, 2020.

3. A Certificate of Service was filed with this Court on June 8, 2020, declaring service to the parties in interest.

4. A response deadline was set for June 29, 2020.

5. No response to said Motion has been received as of July 10, 2020.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　ROSS, QUINN & PLOPPERT, P.C

　　　　　　　　　　　　　　　BY:　　*/s/ Joseph Quinn*
　　　　　　　　　　　　　　　　　　Joseph Quinn, Esquire
　　　　　　　　　　　　　　　　　　Attorney I.D. No. 307467
　　　　　　　　　　　　　　　　　　192 S. Hanover Street, Suite 101
　　　　　　　　　　　　　　　　　　Pottstown, PA  19464
　　　　　　　　　　　　　　　　　　T: (610) 323 - 5300
　　　　　　　　　　　　　　　　　　F: (610) 323 - 6081
Date: July 10, 2020　　　　　　　　　JQuinn@rqplaw.com