```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                       Case No. 19-14463-amc
Glenda Y Chappelle                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP           Page 1 of 1           Date Rcvd: Jul 14, 2020
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.
db          +Glenda Y Chappelle,   2701 Madison Street, Apt E-209,   Chester, PA 19013-4724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:

        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
        JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance, a division of Capital One, N.A. jschwartz@mesterschwartz.com
        JOSEPH L QUINN    on behalf of Debtor Glenda Y Chappelle CourtNotices@rqplaw.com
        JOSEPH L QUINN    on behalf of Plaintiff Glenda Y Chappelle CourtNotices@rqplaw.com
        KERI P EBECK    on behalf of Creditor   Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006- kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        KERI P EBECK    on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        KEVIN G. MCDONALD    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, ET AL... bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor   Carrington Mortgage Services LLC et al. pa-bk@logs.com
        REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, ET AL... bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                    TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenda Chappelle | : | Chapter 13 |
| Debtor | : | No. : 19-14463-amc |

## ORDER

AND NOW, upon the motion of Debtor Glenda Chappelle to avoid the judicial lien at docket number SCC-417563 at the State of Connecticut Small Claims upon Debtor Glenda Chappelle's exempt real property located at 10 Cassius Street, New Haven, New Haven County, Connecticut, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Merritt Federal Credit Union, if any, in Debtor Glenda Chappelle's real property located at 10 Cassius Street, New Haven, New Haven County, Connecticut is avoided, effective only upon entry of the Debtor's discharge.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates the lien voided under Section 522.

BY THE COURT:

**Date: July 14, 2020**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge