```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                            Case No. 19-14463-amc
Glenda Y Chappelle                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP            Page 1 of 1         Date Rcvd: Jul 14, 2020
                              Form ID: pdf900        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
```
db             +Glenda Y Chappelle,    2701 Madison Street, Apt E-209,    Chester, PA 19013-4724
14375674       +Hospital of Saint Raphael,    c/o Nair & Levin, PC,    707 Bloomfield Avenue,
                 Bloomfield, CT 06002-2406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance, a division of Capital
               One, N.A. jschwartz@mesterschwartz.com
              JOSEPH L QUINN    on behalf of Debtor Glenda Y Chappelle CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Plaintiff Glenda Y Chappelle CourtNotices@rqplaw.com
              KERI P EBECK    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for The Bank
               of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS,
               Inc., Asset-Backed Certificates, Series 2006- kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK, ET AL... bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services LLC et al. pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
               YORK, ET AL... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenda Chappelle | : | Chapter 13 |
| Debtor | : | No. : 19-14463-amc |

## ORDER

AND NOW, upon the motion of Debtor Glenda Chappelle to avoid the judicial lien at Volume 8703, Page 288 at the State of Connecticut Centralized Small Claims Court upon Debtor Glenda Chappelle's exempt real property located at 10 Cassius Street, New Haven, New Haven County, Connecticut, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1), and having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Hospital of Saint Raphael, if any, in Debtor Glenda Chappelle's real property located at 10 Cassius Street, New Haven, New Haven County, Connecticut is avoided, effective only upon entry of the Debtor's discharge.

IT IS FURTHER ORDERED, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates the lien voided under Section 522.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge

**Date: July 14, 2020**