IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GLENDA Y. CHAPPELLE,<br>    Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC, AS SERVICER THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-13,<br>    Movant,<br><br>    v.<br><br>GLENDA Y. CHAPPELLE, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br>    Respondents. | Bankruptcy No. 19-14463-amc<br><br>Chapter 13<br><br>Related to Doc. No. 62<br><br>Hearing Date: August 11, 2020<br>Time: 11:00 a.m.<br>Location: Courtroom #3, Nixon Building<br><br>Response Deadline: July 21, 2020 |

**CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION TO APPROVE LOAN MODIFICATION (DOC. NO. 62)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Approve Loan Modification, filed at Doc. No. 62 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than **July 21, 2020**.

It is hereby respectfully requested that the Order attached to the Movant's Motion to Approve Loan Modification be entered by the Court.

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

By:/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

Dated: July 22, 2020

*Attorney for Specialized Loan Servicing, LLC as attorney-in-fact for the Benefit for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Certificates Series 2006-12*