IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GLENDA Y. CHAPPELLE,<br>    Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC, AS SERVICER THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-13,<br><br>    Movant,<br><br>v.<br><br>GLENDA Y. CHAPPELLE, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br><br>    Respondents. | Bankruptcy No. 19-14463-amc<br><br>Chapter 13<br><br>Related to Doc. No. |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Specialized Loan Servicing, LLC as attorney-in-fact for the Benefit for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Certificates Series 2006-12's Motion for Approval of Loan Modification and any response thereto (if any), it is:

ORDERED and DECREED that the Modification Agreement as attached to the *Motion for Approval for Loan Modification* is approved.

**Date: August 11, 2020**

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge