United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 19-14463-amc
Glenda Y Chappelle                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Aug 11, 2020
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.
db             +Glenda Y Chappelle,    2701 Madison Street, Apt E-209,    Chester, PA 19013-4724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:
        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance, a division of Capital One, N.A. jschwartz@mesterschwartz.com
        JOSEPH L QUINN    on behalf of Debtor Glenda Y Chappelle CourtNotices@rqplaw.com
        JOSEPH L QUINN    on behalf of Plaintiff Glenda Y Chappelle CourtNotices@rqplaw.com
        KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006- kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
        KERI P EBECK    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, ET AL... bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services LLC et al. pa-bk@logs.com
        REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, ET AL... bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                                                                                               TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GLENDA Y. CHAPPELLE,<br>    Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC, AS SERVICER THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-13,<br><br>    Movant,<br><br>  v.<br><br>GLENDA Y. CHAPPELLE, and WILLIAM C. MILLER, Chapter 13 Trustee<br><br>    Respondents. | Bankruptcy No. 19-14463-amc<br><br>Chapter 13<br><br>Related to Doc. No. |

**ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Specialized Loan Servicing, LLC as attorney-in-fact for the Benefit for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders for the CWABS, Inc. Asset-Backed Certificates Series 2006-12's Motion for Approval of Loan Modification and any response thereto (if any), it is:

ORDERED and DECREED that the Modification Agreement as attached to the *Motion for Approval for Loan Modification* is approved.

**Date: August 11, 2020**

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge