THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenda Chappelle | : | Chapter 13 |
| Debtor | : | No. : 19-14463-amc |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor Glenda Chappelle, hereby certify that on August 21, 2020, a true and correct copy of Debtor's Third Amended Plan was sent to the following parties, as follows:

*Via First Class USPS Mail on August 12, 2020:*

Hospital of Saint Raphael
c/o Mitchell J. Levine
Nair & Levine, PC
707 Bloomfield Avenue
Bloomfield, CT 06002

Marna P. Borgstrom, CEO
Yale New Haven Hospital
successor by merger of
Hospital of Saint Raphael
20 York Street
New Haven, CT 06510

Bruce Rose, CEO
Carrington Mortgage Services LLC
1600 S. Douglass Road, Suite 200-A
Anaheim, CA 92806

Dominic Morgese, Treasurer
Merritt Federal Credit Union
3 Danbury Rd, Wilton, CT 06897

*Via Electronic Filing (ECF) on August 12, 2020:*

Keri P Ebeck, Esquire on behalf of Specialized Loan Servicing LLC
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin S. Frankel, Esquire on behalf of Carrington Mortgage Services LLC et al.
pa-bk@logs.com

1

Kevin G. McDonald, Esquire on behalf of The Bank of New York Mellon f/k/a the Bank of New York, et al
bkgroup@kmllawgroup.com

Jason Brett Schwartz, Esquire on behalf of Capital One Auto Finance, a division of Capital One, N.A.
jschwartz@mesterschwartz.com

Rebecca Ann Solarz, Esquire on behalf of Creditor The Bank of New York Mellon, f/k/a The Bank of New York, et al
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                               **ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*
          Joseph Quinn, Esquire
          192 S. Hanover Street, Suite 101
          Pottstown, PA 19464
          T: 610.323.5300
          F: 610.323.6081
          jquinn@rqplaw.com
          Counsel for Debtor

Date:  August 21, 2020