# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Glenda Y Chappelle, | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 19-14463-amc |

## PRAECIPE TO WITHDRAW APPLICATION FOR COMPENSATION
## [DOCUMENT NO. 20]

TO THE CLERK OF COURT:

Kindly withdraw the Application for Compensation filed by Debtor's Counsel on November 13, 2019 [Document No. 25].

**ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*
         Joseph Quinn, Esquire
         Attorney I.D. No. 307467
         192 S. Hanover Street, Suite 101
         Pottstown, PA 19464
         T: 610.323.5300
         F: 610.323.6081
         JQuinn@rqplaw.com

Date: August 27, 2020