United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Glenda Y Chappelle  
    Debtor

Case No. 19-14463-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP   Page 1 of 1   Date Rcvd: Sep 02, 2020  
                 Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.  
db         +Glenda Y Chappelle,   2701 Madison Street, Apt E-209,   Chester, PA 19013-4724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2020 at the address(es) listed below:

         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
         JASON BRETT SCHWARTZ     on behalf of Creditor   Capital One Auto Finance, a division of Capital One, N.A. jschwartz@mesterschwartz.com  
         JOSEPH L QUINN    on behalf of Debtor Glenda Y Chappelle CourtNotices@rqplaw.com  
         JOSEPH L QUINN    on behalf of Plaintiff Glenda Y Chappelle CourtNotices@rqplaw.com  
         KERI P EBECK    on behalf of Creditor   Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006- kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com  
         KERI P EBECK    on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
         KEVIN G. MCDONALD     on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, ET AL... bkgroup@kmllawgroup.com  
         KEVIN S. FRANKEL    on behalf of Creditor   Carrington Mortgage Services LLC et al. pa-bk@logs.com  
         REBECCA ANN SOLARZ     on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, ET AL... bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                      TOTAL: 11

**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Glenda Y. Chappelle** | \| | **Chapter 13** |
| **Debtor(s)** | \| | **BK No. 19-14463-amc** |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$5,000.00**, less $1,250.00 paid by debtor pre-petition**.**

3. Expenses are **ALLOWED** in favor of the Application in the amount of **$49.00.**

**BY THE COURT:**

**Date: September 2, 2020**

_____
HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE