United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-14463-amc
Glenda Y Chappelle                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1              Date Rcvd: Sep 18, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db             +Glenda Y Chappelle,   2701 Madison Street, Apt E-209,   Chester, PA 19013-4724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
    JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
     ecfemails@ph13trustee.com
    JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance, a division of Capital
     One, N.A. jschwartz@mesterschwartz.com
    JOSEPH L QUINN   on behalf of Debtor Glenda Y Chappelle CourtNotices@rqplaw.com
    JOSEPH L QUINN   on behalf of Plaintiff Glenda Y Chappelle CourtNotices@rqplaw.com
    KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for The Bank
     of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS,
     Inc., Asset-Backed Certificates, Series 2006- kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
    KERI P EBECK    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com,
     jbluemle@bernsteinlaw.com
    KEVIN G. MCDONALD    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
     YORK, ET AL... bkgroup@kmllawgroup.com
    KEVIN S. FRANKEL    on behalf of Creditor   Carrington Mortgage Services LLC et al. pa-bk@logs.com
    REBECCA ANN SOLARZ    on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
     YORK, ET AL... bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                          TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| GLENDA Y. CHAPPELLE ) | |
| a/k/a GLENDA YVONNE CHAPPELLE, ) | |
| Debtor ) | CASE NO. 19-14463-amc |
| ) | |
| CAPITAL ONE AUTO FINANCE, ) | |
| A DIVISION OF CAPITAL ONE, N.A. ) | **HEARING DATE:** |
| Movant ) | Tuesday, March 17, 2020 |
| ) | 11:00 a.m. |
| vs. ) | |
| GLENDA Y. CHAPPELLE, ) | **LOCATION:** |
| a/k/a GLENDA YVONNE CHAPPELLE, ) | U.S. Bankruptcy Court |
| ) | Eastern District of Pennsylvania |
| Respondent ) | Courtroom # 4 |
| and ) | 900 Market Street |
| WILLIAM C. MILLER ) | Philadelphia, PA 19107 |
| Trustee ) | |

## AMENDED STIPULATION

COME NOW, this ____ day of _____, 2020, Debtor, Glenda Y. Chappelle, by and through her attorney, Joseph L. Quinn, Esquire, and Capital One Auto Finance, a division of Capital One, N.A. ("COAF") by and through its attorney, Jason Brett Schwartz, Esq., hereby stipulate the following terms of settlement of the Motion for Relief from Automatic Stay:

WHEREAS the Debtor owns a 2013 NISSAN Rogue Utility 4D S AWD I4, V.I.N. JN8AS5MV8DW636156 ("vehicle"); and

WHEREAS COAF has a lien on the vehicle; and

WHEREAS COAF filed a Motion for Relief from the Automatic Stay ("Motion") with respect to missed post-petition payments; and

WHEREAS the Debtor and COAF seek to resolve the Motion; it is hereby stipulated and agreed that:

1. The value of the 2013 NISSAN Rogue Utility 4D S AWD I4, V.I.N. JN8AS5MV8DW636156 is $14,779.56.

2. The value of the vehicle shall be paid through the Plan at 6.00% interest. The payments will total $17,143.82 and COAF shall have a total secured claim in that amount.

3. The balance of any claim shall be a general unsecured claim.

4. The Chapter 13 Trustee is directed to pay $200.00 per month to COAF for each month beginning with the commencement of the bankruptcy case. The payments shall continue until the start of regular trustee distributions to COAF.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

6. Debtor's counsel will file an Amended Plan within ten (10) days of the execution of this Stipulation reflecting these terms.

7. If Debtor shall fail to have a plan conforming to this Stipulation, and Debtor fail to cure said default within fifteen (15) days after notice by COAF (or its counsel) of said default, counsel for COAF may file a Certification of Default with the Court setting forth Debtor's default and COAF shall be granted relief from the automatic stay provisions of Sections 362 of the Bankruptcy Code (11 U.S.C. § 362), and COAF is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law without regard to any future conversion of this matter to a different form of bankruptcy.

8. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

9. This stipulation shall supersede the stipulation approved by the Court on May 12, 2020.

Jason Brett Schwartz, Esquire
Attorney for COAF
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036
Dated: 8/26/20

Joseph L. Quinn, Esquire
Attorney for the Debtor
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 1010
Pottstown, PA 19464
(610) 323-5300
Dated:

/s/ Jack Miller
William C. Miller, Trustee
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377
Dated: 9/16/20

**The Standing Trustee has indicated that he has no objection to its terms, without prejudice to any of his rights and remedies, and has authorized us to affix my electronic signature.

SO ORDERED
BY THE COURT:

**Date: September 18, 2020**

Ashely M. Chan
U.S. Bankruptcy Judge