# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-14463-AMC

GLENDA Y CHAPPELLE

2701 MADISON STREET
APT E-209
CHESTER, PA 19013-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GLENDA Y CHAPPELLE

    2701 MADISON STREET
    APT E-209
    CHESTER, PA 19013-

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

Date: 2/25/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee