THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenda Y Chappelle, | : | Chapter 13 |
| Debtor | : | No. : 19-14463-amc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Glenda Y Chappelle, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on August 25, 2021 along with the Notice of Application and Certificate of Service were timely served on parties in interest on August 25, 2021.

3. A response deadline to the application was due on or before September 16, 2021.

4. As of September 22, 2021, no response to said Application has been received.

                                        **ROSS, QUINN & PLOPPERT, P.C.**

                                        By: */s/ Joseph L. Quinn*_____
                                             Joseph L. Quinn, Esquire
                                             Attorney for Debtor
                                             Attorney I.D. No. 307467
                                             192 S. Hanover Street, Suite 101
                                             Pottstown, PA 19464
                                             Ph: (610) 323-5300

Dated: September 22, 2021