IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Glenda Y Chappelle, | : | Chapter 13 |
| Debtor | : | No. : 19-14463-amc |

## **CERTIFICATE OF SERVICE**

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on June 15, 2022, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on June 15, 2022:*

Keri P Ebeck on behalf of Specialized Loan Servicing LLC
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P Ebeck on behalf of Specialized Loan Servicing, LLC as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin S. Frankel on behalf of Creditor Carrington Mortgage Services LLC et al.
pa-bk@logs.com

Kevin G. McDonald on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York, Et Al.
bkgroup@kmllawgroup.com

Jack K. Miller on behalf of Trustee Kenneth E. West, Esq.
philaecf@gmail.com, ecfemails@ph13trustee.com

Kenneth E. West, Esq,. Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Jason Brett Schwartz on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.
jschwartz@mesterschwartz.com

Rebecca Ann Solarz on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, et al.
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class United States Mail on June 15, 2022:*

Hospital of Saint Raphael
c/o Mitchell J. Levine Nair & Levine, PC
707 Bloomfield Avenue
Bloomfield, CT 06002

Marna P. Borgstrom, CEO
Yale New Haven Hospital
successor by merger of
Hospital of Saint Raphael
20 York Street
New Haven, CT 06510

Bruce Rose, CEO
Carrington Mortgage Services LLC
1600 S. Douglass Road, Suite 200-A
Anaheim, CA 92806

Edward J. Robertine, CEO & Treasurer
Merritt Federal Credit Union
3 Danbury Rd
Wilton, CT 06897

All other creditors on the mailing matrix not noticed by way of ECF.

                                      **ROSS, QUINN & PLOPPERT, P.C.**

                                        By: */s/ Joseph Quinn*
                                            Joseph Quinn, Esquire
                                            Attorney I.D. 307467
                                            Ross, Quinn & Ploppert, P.C.
                                            192 S. Hanover Street, Suite 101
                                            Pottstown, PA  19464
                                            Ph: (610) 323-5300
                                            F:   (610) 323-6081

Dated: June 15, 2022