THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Glenda Y Chappelle,          :        Chapter 13
                          Debtor          :        No. : 19-14463-amc

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

  1.    That I am the attorney for Glenda Y Chappelle, Debtor in the above-captioned matter.

  2.    That a motion to modify the plan was filed with the Court on September 9, 2022.

  3.    That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on September 9, 2022.

  4.    That a certificate of service was filed with the court on September 9, 2022 declaring timely service to the above-referenced parties.

  5.    A response to the Motion was due on or before September 30, 2022.

  6.    No response to said Motion has been received as of October 17, 2022.


ROSS, QUINN & PLOPPERT, P.C.

BY:      /s/ Joseph Quinn
          Joseph Quinn, Esquire
          Attorney I.D. No. 307467
          192 S. Hanover Street, Suite 101
          Pottstown, PA  19464
          T: (610) 323 - 5300
          F: (610) 323 - 6081
Date: October 17, 2022          JQuinn@rqplaw.com