# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-14463-AMC

GLENDA Y CHAPPELLE

2701 MADISON STREET
APT E-209
CHESTER, PA 19013-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  GLENDA Y CHAPPELLE

  2701 MADISON STREET
  APT E-209
  CHESTER, PA 19013-

Counsel for debtor(s), by electronic notice only.

  ROSS, QUINN & PLOPPERT, P.C.
  192 S. HANOVER STREET, SUITE 101

  POTTSTOWN, PA 19464-

Date: 8/10/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee