THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Glenda Y Chappelle,                    :        Chapter 13
                        Debtor                 :        No.: 19-14463-amc

## **ORDER**

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan

(Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby

ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated October 2, 2023

is hereby APPROVED.

BY THE COURT:

Oct. 31, 2023
Date                                ASHELY M. CHAN
                                    U.S. BANKRUPTCY JUDGE