**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Glenda Y Chappelle, | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 19-14463-amc |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Glenda Y Chappelle, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on November 2, 2023 along with the Notice of Application and Certificate of Service were timely served on parties in interest on November 2, 2023.

3. A response deadline to the application was due on or before November 23, 2023.

4. As of November 27, 2023, no response to said Application has been received.

                                          **ROSS, QUINN & PLOPPERT, P.C.**

                                          By: */s/ Joseph L. Quinn*_____
                                               Joseph L. Quinn, Esquire
                                               Attorney for Debtor
                                               Attorney I.D. No. 307467
                                               192 S. Hanover Street, Suite 101
                                               Pottstown, PA 19464
                                               Ph: (610) 323-5300

Dated: November 27, 2023