United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-14463-amc
Glenda Y Chappelle  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Dec 01, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Glenda Y Chappelle, 2701 Madison Street, Apt E-209, Chester, PA 19013-4724 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, ET AL... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| JOSEPH L QUINN | on behalf of Debtor Glenda Y Chappelle CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Plaintiff Glenda Y Chappelle CourtNotices@rqplaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006- kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

KERI P EBECK
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

KEVIN G. MCDONALD
    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK, ET AL... bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor Carrington Mortgage Services LLC et al. pa-bk@logs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Glenda Y Chappelle,  : Chapter 13
           Debtor  : No. : 19-14463-amc

## ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation ("the Application" filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of **$1,000.00**.

3. Supplemental Expenses are **ALLOWED** in favor of the Applicant in the amount of **$0.00**.

BY THE COURT:

Date: Dec. 1, 2023

HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE