IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GLENDA Y. CHAPPELLE, AKA<br>GLENDA YVONNE CHAPPELLE,<br>      Debtor,<br><br><br>NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING (FKA SPECIALIZED LOAN SERVICING LLC) AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-13,<br>      Movant,<br><br>   v.<br><br>GLENDA Y. CHAPPELLE, and<br>KENNETH E. WEST, Chapter 13 Trustee<br>      Respondents. | Bankruptcy No. 19-14463-amc<br><br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 10th day of July, 2024, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) as Servicing Agent for the Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 for the property located at 10-12 Cassius Street, New Haven, CT 06519-2313.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge