United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-14463-amc

Glenda Y Chappelle  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Jul 10, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Glenda Y Chappelle, 10 Cassius Street, New Haven, CT 06519-2313 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, ET AL... bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| JOSEPH L QUINN | on behalf of Debtor Glenda Y Chappelle CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Plaintiff Glenda Y Chappelle CourtNotices@rqplaw.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK

on behalf of Creditor SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KERI P EBECK

on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006- kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KERI P EBECK

on behalf of Creditor Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) as Servicing Agent for the Bank of New York Mellon fka The Bank of New York  as Trustee for the Certificateholders of kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KEVIN G. MCDONALD

on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK, ET AL... bkgroup@kmllawgroup.com

KEVIN S. FRANKEL

on behalf of Creditor Carrington Mortgage Services LLC et al. pa-bk@logs.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>GLENDA Y. CHAPPELLE, AKA GLENDA YVONNE CHAPPELLE,<br>    Debtor,<br><br><br>NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING (FKA SPECIALIZED LOAN SERVICING LLC) AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-13,<br>    Movant,<br><br>v.<br><br>GLENDA Y. CHAPPELLE, and KENNETH E. WEST, Chapter 13 Trustee<br>    Respondents. | Bankruptcy No. 19-14463-amc<br><br>Chapter 13 |
|---|---|

## ORDER OF COURT

AND NOW, this 10th day of July, 2024, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) as Servicing Agent for the Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-13 for the property located at 10-12 Cassius Street, New Haven, CT 06519-2313.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge