United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-14463-amc

Glenda Y Chappelle  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3

Date Rcvd: Aug 14, 2024  Form ID: 138OBJ  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenda Y Chappelle, 10 Cassius Street, New Haven, CT 06519-2313 |
| 14365682 | + | BANK OF NEW YORK MELLON, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14359735 | + | Carrington Mortgage Services LLC, c/o Kevin S. Frankel, Esq., 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14363181 | + | Consumer Portfolio Services P.O. Box 57071, Irvine , CA 92619-7071 |
| 14357654 | + | Law Offices of Donald H. Brown, 42 State Street #1, North Haven, CT 06473-2245 |
| 14421023 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 100, Pottstown, PA 19464-6096 |
| 14357655 | | Specialized Loan Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14357658 | + | Wallingford Estates, 2701 Madison Street, Chester, PA 19013-4799 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 14 2024 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14357646 | | Email/Text: BankruptcyNoticingCenter@bmpc-law.com | Aug 14 2024 23:46:00 | Bendett & McHugh, 270 Farmington Avenue, Suite 151, Farmington, CT 06032 |
| 14357648 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2024 23:53:29 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14357649 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 14 2024 23:46:00 | Carrington Mortgage Services, LLC, PO Box 79001, Phoenix, AZ 85062-9001 |
| 14357647 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 14 2024 23:53:28 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 14360832 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2024 23:53:29 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14377310 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 14 2024 23:53:20 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14365252 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2024 23:53:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14357650 | + | Email/Text: bankruptcy@consumerportfolio.com | Aug 14 2024 23:47:00 | Consumer Portfolio Svc, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 14357651 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 14 2024 23:47:00 | Credit Collection Svcs, Po Box 9134, Needham, MA 02494-9134 |
| 14378642 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 14 2024 23:46:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14357652 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

|  |  |  | Aug 15 2024 00:03:51 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
|---|---|---|---|---|
| 14375674 | + | Email/Text: bankruptcy@nairlevin.com | Aug 14 2024 23:46:00 | Hospital of Saint Raphael, c/o Nair & Levin, PC, 707 Bloomfield Avenue, Bloomfield, CT 06002-2406 |
| 14357653 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2024 23:46:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14416550 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2024 23:53:29 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14379209 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2024 23:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14389064 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Aug 14 2024 23:46:00 | | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 14357657 |  | Email/Text: edbknotices@ecmc.org | Aug 14 2024 23:46:00 | US Department of Education, National Payment Center, PO Box 105028, Atlanta, GA 30348-5028 |
| 14357659 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 14 2024 23:47:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14357656 |  | St. Raphael's Hospital, CT |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, ET AL... bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

bankruptcy@friedmanvartolo.com

JOSEPH L QUINN

    on behalf of Plaintiff Glenda Y Chappelle CourtNotices@rqplaw.com

JOSEPH L QUINN

    on behalf of Debtor Glenda Y Chappelle CourtNotices@rqplaw.com

KENNETH E. WEST

    ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK

    on behalf of Creditor Newrez LLC dba Shellpoint Mortgage Servicing (fka Specialized Loan Servicing LLC) as Servicing Agent for the Bank of New York Mellon fka The Bank of New York  as Trustee for the Certificateholders of kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KERI P EBECK

    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KERI P EBECK

    on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006- kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KEVIN G. MCDONALD

    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK, ET AL... bkgroup@kmllawgroup.com

KEVIN S. FRANKEL

    on behalf of Creditor Carrington Mortgage Services LLC et al. pa-bk@logs.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*Form 138OBJ* (6/24)−doc 192 − 190

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Glenda Y Chappelle )<br>   aka Glenda Yvonne Chappelle )<br>   )<br>   Debtor(s). )<br>   )<br>   ) | Case No. 19−14463−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 14, 2024                                                                                           For The Court

                                                                                                       Timothy B. McGrath
                                                                                                       Clerk of Court